UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

DEC 26 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| CHERYL SAUNDERS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:12-cv-1597-RWS |
| CAPITAL ONE, N.A., | : |
| Defendant. | : |

## ~~PROPOSED~~ ORDER APPROVING SETTLEMENT

WHEREAS, this action was commenced by Plaintiff Cheryl Saunders in May 2012, alleging that Capital One, N.A. ("Capital One") violated the Fair Labor Standards Act ("FLSA") by classifying her as exempt from the overtime provisions of the FLSA and failing to pay her overtime wages. Saunders' Complaint also asserted a claim for retaliation in violation of the FLSA.

WHEREAS, there is a bona fide dispute between Plaintiff and Defendant with respect to the coverage of the FLSA and the amounts allegedly due to Plaintiff under the FLSA.

WHEREAS, following extensive negotiations between Plaintiff and Defendant, the parties reached a settlement of all of Plaintiff's claims asserted in this suit.

LEGAL_US_E # 101783592.2

WHEREAS, the settlement agreement between Plaintiff and Defendant provides as follows: (a) payments by Defendant of $7,500 liquidated damages and $7,500 for attorneys' fees and costs to Plaintiff; (b) the dismissal with prejudice of this action; and (c) release of any and all wage and hour claims by Plaintiff against Defendant.

AND WHEREAS, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

IT IS HEREBY ORDERED that this action shall be dismissed *with prejudice* and without costs or attorneys' fees to either side, except as provided in the settlement agreement entered into by and between the parties and approved by this Court.

Richard W. Story
United States District Judge

Dated: December 24, 2012